# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| David M. Esser, YOB: 1973 | ) | 1:20MJ18 LDA |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2015 to present__ in the county of _____ in the
_____ District of __Rhode Island__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1); | PWID Schedule III and IV Controlled Substances; Conspiracy to distribute, |
| 21 U.S.C. § 846; | PWID and conspiracy to import Schedule III and IV Controlled Substances; |
| 21 U.S.C. § 952; | Manufacturing and distributing Schedule III and IV Controlled Substances; |
| 18 U.S.C. §§ 2320, 545, 371, 1343, 1956 and 1957. | Importation of Controlled Substances into the United States; Trafficking in counterfeit goods and services; Smuggling goods into the United States; Wire fraud and money laundering |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Brendan Cullen, Department of Homeland Security (DHS) United States Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brendan Cullen, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/14/2020

_____
*Judge's signature*

City and state: Providence, Rhode Island    Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*