PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT     CASE NO. 1:20 MJ18LDA

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: David M. Esser

Address: REDACTED

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  RHODE ISLAND
DISTRICT OF RHODE ISLAND  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Gerard B. Sullivan

Birth Date: REDACTED

Social Security: REDACTED

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of Offense: RHODE ISLAND  County

Issue: ☒ W

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 7

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached Sheet. | See Attached Sheet. | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 14 days | ☒ Felony ☐ Misdemeanor |

<u>United States v. David M. Esser, et al.</u>
COMPLAINT COVER SHEET ATTACHMENT

Count 1: (Manufacturing and Distributing a Controlled Substance, 21 U.S.C. § 841(a)(1))

MAX PENALTY

a. 10 years imprisonment
b. 3 years Supervised Release
c. $500,000 Fine
d. $100 Special Assessment

Count 2: (Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846)

MAX PENALTY

a. 10 years imprisonment
b. 3 years Supervised Release
c. $500,000 Fine
d. $100 Special Assessment

Count 3: (Importation of Controlled Substances, 21 U.S.C. § 952)

a. 10 years imprisonment
b. 3 years Supervised Release
c. $500,000 Fine
d. $100 Special Assessment

Count 4: (Trafficking in Counterfeit Goods and Services, 18 U.S.C. § 2320)

a. 10 years imprisonment
b. 3 years Supervised Release
c. $2,000,000 Fine
d. $100 Special Assessment

Count 5: (Conspiracy/Money Laundering, 18 U.S.C. § 371)

a. 10 years imprisonment
b. 3 years Supervised Release
c. $500,000 Fine
d. $100 Special Assessment

Count 6:	(Wire Fraud 18 U.S.C. 1343)

    a. 20 years imprisonment
    b. 3 years Supervised Release
    c. $1,000,000 Fine
    d. $100 Special Assessment

Count 7:	(Money Laundering, 18 U.S.C. §§ 1956 and 1957)

    a. 20 years imprisonment
    b. 3 years Supervised Release
    c. $500,000 Fine
    d. $100 Special Assessment