# UNITED STATES DISTRICT COURT
## for the
### Rhode Island

United States of America
v.
David M. Esser, YOB: 1973

*Defendant*

Case No. 1:20MJ18LDA

FEB 14 2020

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David M. Esser, YOB: 1973,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

PWID Schedule III and IV Controlled Substances; Conspiracy to distribute, PWID and conspiracy to import Schedule III and IV Controlled Substances; Manufacturing and distributing Schedule III and IV Controlled Substances; Importation of Controlled Substances into the United States; Trafficking in counterfeit goods and services; Smuggling goods into the United States; Wire fraud and money laundering, all in violation 21 U.S.C. § 841(a)(1), § 846 and § 952; 18 U.S.C. §§ 2320, 545, 371, 1343, 1956 and 1957.

Date: 2/14/2020

*Issuing officer's signature*

City and state: Providence, RI

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/14/2020, and the person was arrested on *(date)* 2/19/2020
at *(city and state)* N. ATTLEBORO, MA.

Date: 2/19/2020

*Arresting officer's signature*

John Holleran SA
*Printed name and title*