UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

DAVID M. ESSER
Defendant

Case No. 1:20-MJ-18-LDA

**MOTION TO REDACT**

The United States of America, by and through its attorneys, Aaron L. Weisman, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney, moves to redact all but the last four digits of the bank accounts that appear in Attachment C of the Affidavit in Support of Arrest Warrants for defendant, David M. Esser, to protect personal identifying information. A redacted copy is appended to this Motion and the United States requests that it be substituted in the previously filed Court copy of the document.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

AARON L. WEISMAN
United States Attorney

/s/ Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Gerard.sullivan@usdoj.gov

SO ORDERED:

____________________________________

LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE

DATE: ______________________________

**ATTACHMENT C**

**Bank of America Accounts**

| **ACCOUNT NAME** | **Bank** | **ACCOUNT NUMBER(S)** |
|---|---|---|
| David M Esser | BoA | [redacted]0100 (Target Account #1) |
| Esser Properties, LLC | BoA | [redacted]9446 (Target Account #2) |
| Mason Angel Nieves | BoA | [redacted]3040 (Target Account #3) |
| Regiane Moraes Delespoti | BoA | [redacted]6833 (Target Account #4) |
| Ana P. Menezes | BoA | [redacted]2144 (Target Account #5) |
| Ana P. Menezes | BoA | [redacted]9775 (Target Account #6) |

1. The contents of the Target Accounts shall consist of all principal, deposits, interest, dividends, and other amounts credited to the account on and after execution of the warrant up to final liquidation of the account.

2. Homeland Security Investigations (HSI) is authorized, without further order of the Court, to effect the seizure of the contents of the account by, in its discretion, directing the financial institution at which the account is established to do any of the following:

    a) To freeze the contents of the account in place and to refuse the withdrawal of any amount from the account by anyone other than HSI Special Agents, and while any contents of the account are frozen in place to accrue any deposits, interest, dividends, and any other amount credited to the account for a period of up to sixty days from the date of seizure and until HSI Special Agents direct that the contents of the account be finally liquidated and no contents remain;

    b) To liquidate some or all of the contents of the account at one or more times at the direction of HSI Special Agents and upon any such liquidation of any contents to turn over the liquidated amount to HSI or their designee. Any such direction of HSI shall be deemed to be the direction of the Court under this warrant.