AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-mj-00018-LDA |
| David Esser | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Esser

Date: March 1, 2020

/s/ Matthew S. Dawson
*Attorney's signature*

Matthew S. Dawson (#5353)
*Printed name and bar number*

Lynch & Pine, Attorneys at Law
1 Park Row, Providence, RI 02903
*Address*

MDawson@lynchpine.com
*E-mail address*

(401) 274-3306
*Telephone number*

(401) 274-3329
*FAX number*