UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID ESSER | Case No. 20-MJ-018-LDA |

SECOND ASSENTED TO MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to exclude from May 15, 2020 through July 31, 2020 from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).  The parties are currently engaged in discussions which may resolve this case pre-indictment and thereby conserve judicial resources.  Moreover due to the current COVID-19 public health emergency there are no Grand Juries scheduled to sit through at least June of 2020.  The United States submits that the ends of justice as well as Defendant's own best interest will be served by excluding the aforementioned time period and that such ends of justice and interests of Defendant outweigh any interest Defendant or the public may have in a speedy indictment and/or trial.  The United States has conferred with Defendant's counsel, who has assented to the granting of this motion.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

/s/ Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5064
Email: Gerard.Sullivan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6th, 2020, I caused the Motion To Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

/s/ Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5064
Email: Gerard.Sullivan@usdoj.gov