UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID ESSER | Case No. 20-MJ-018-LDA |

THIRD ASSENTED TO MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to extend the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b) up to and including October 30, 2020.  The parties are currently engaged in discussions which may resolve this case pre-indictment and thereby conserve judicial resources.  Moreover due to the current COVID-19 public health emergency there are limited Grand Juries scheduled to sit to address emergency matters.  The defendant is not detained and will suffer no prejudice.  The United States submits that the ends of justice as well as Defendant's own best interest will be served by excluding the time and that the ends of justice and interests of Defendant outweigh any interest Defendant or the public may have in a speedy indictment and/or trial.  The United States has conferred with Defendant's counsel, who has assented to the granting of this motion.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

/s/ Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5064
Email: Gerard.Sullivan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2020, I caused the Motion To Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

                                        /s/ Gerard B. Sullivan  
                                        GERARD B. SULLIVAN  
                                        Assistant U. S. Attorney  
                                        United States Attorney's Office  
                                        50 Kennedy Plaza, 8th Floor  
                                        Providence, RI 02903  
                                        Phone: (401) 709-5064  
                                        Email: Gerard.Sullivan@usdoj.gov