UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID ESSER | Case No. 20-MJ-018-LDA |

ORDER

Based on the United States' Motion to Exclude Time Under the Speedy Trial Act exclude the period of time beginning on August 21, 2020 through October 30, 2020 from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b);

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the aforementioned time periods outweigh the interest of the public and any interest the Defendant may have in a speedy indictment and trial, for the following reasons:

1. The parties are currently engaged in discussions which may resolve this case pre-indictment and thereby conserve judicial resources.

2. Defendant's counsel has no objection to the exclusion of the aforementioned period of time.

WHEREFORE, it is on this day ORDERED that the period of time beginning on August 21, 2020 through October 30, 2020 is excluded from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND

Dated: August ___21___, 2020