UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

DAVID ESSER

Case No. 20-MJ-018-LDA

FOURTH ASSENTED TO MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to extend the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b) up to and including December 31, 2020.  A written plea agreement has been delivered to each defendant which will likely be signed during this extension to resolve this case pre-indictment and thereby conserve judicial resources.  Moreover due to the current COVID-19 public health emergency there are limited Grand Juries scheduled to sit to address emergency matters.  The defendant is not detained and will suffer no prejudice.  The United States submits that the ends of justice as well as Defendant's own best interest will be served by excluding the time and that the ends of justice and interests of Defendant outweigh any interest Defendant or the public may have in a speedy indictment and/or trial.  The United States has conferred with Defendant's counsel, who has assented to the granting of this motion.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

/s/ Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5033

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2020, I caused the Motion To Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

<u>/s/ Gerard B. Sullivan</u>
GERARD B. SULLIVAN
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5064
Email: Gerard.Sullivan@usdoj.gov