UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 20-MJ-018-LDA and 20-MJ-111-LDA |
| DAVID ESSER | |

ASSENTED TO MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to extend the period within which an indictment or information must be filed against Defendant, David Esser (Esser) under 18 U.S.C. § 3161(b) in Case No. 20-MJ-018-LDA (December 31, 2020) and 20-MJ-111-LDA (January 13, 2021) up to and including February 15, 2021.  A written plea agreement was delivered to Esser in 20-MJ-018-LDA which was intended to resolve that case pre-indictment and thereby conserve judicial resources.  However, before Esser signed and returned that plea agreement, he committed new criminal offenses charged in 20-MJ-111-LDA.  Esser is now requesting a new plea agreement that will resolve both cases.

The United States submits that the ends of justice as well as Esser's own best interest will be served by excluding the time and that the ends of justice and interests of Esser outweigh any interest Esser or the public may have in a speedy indictment and/or trial.  The United States has conferred with Esser's counsel, who has assented to

the granting of this motion.

                                                    Respectfully submitted,

                                                    AARON L. WEISMAN
                                                    United States Attorney

                                                    <u>/s/ Gerard B. Sullivan</u>
                                                    GERARD B. SULLIVAN
                                                    Assistant U. S. Attorney
                                                    United States Attorney's Office
                                                    50 Kennedy Plaza, 8th Floor
                                                    Providence, RI 02903
                                                    Phone: (401) 709-5064
                                                    Email: Gerard.Sullivan@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 4th, 2021, I caused the Motion To Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

       /s/ Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5064
Email: Gerard.Sullivan@usdoj.gov