UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 20-MJ-018-LDA and 20-MJ-111-LDA |
| DAVID ESSER | |

ASSENTED TO MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to extend the period within which an indictment or information must be filed against Defendant, David Esser (Esser) under 18 U.S.C. § 3161(b) in Case No. 20-MJ-018-LDA and 20-MJ-111-LDA up to and including March 15, 2021. A written plea agreement was delivered to Esser and his three co-defendants in 20-MJ-018-LDA which was intended to resolve that case pre-indictment and thereby conserve judicial resources. His three co-defendants have already pled guilty to that case. However, before Esser signed and returned that plea agreement, he committed new criminal offenses charged in 20-MJ-111-LDA. Esser has a new plea agreement that will resolve both cases and has indicated that he intends to plead guilty.

The United States submits that the ends of justice as well as Esser's own best interest will be served by excluding the time and that the ends of justice and interests of Esser outweigh any interest Esser or the public may have in a speedy indictment and/or trial. The United States has conferred with Esser's counsel, who has assented to

the granting of this motion.

                                              Respectfully submitted,

                                              AARON L. WEISMAN
                                              United States Attorney

                                              /s/ Gerard B. Sullivan
                                              GERARD B. SULLIVAN
                                              Assistant U. S. Attorney
                                              United States Attorney's Office
                                              50 Kennedy Plaza, 8th Floor
                                              Providence, RI 02903
                                              Phone: (401) 709-5064
                                              Email: Gerard.Sullivan@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 17, 2021, I caused the Motion To Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

                /s/ Gerard B. Sullivan
                GERARD B. SULLIVAN
                Assistant U. S. Attorney
                United States Attorney's Office
                50 Kennedy Plaza, 8th Floor
                Providence, RI 02903
                Phone: (401) 709-5064
                Email: Gerard.Sullivan@usdoj.gov